GEORGE BACKER, Respondent, *v.* BERNARD RATKOWSKY,
Appellant.

*Backer* v. *Ratkowsky*, 148 App. Div. 890, affirmed.
(Submitted November 25, 1913; decided December 9, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered December 2, 1911, affirming a judgment in favor
of plaintiff entered upon a verdict in an action to recover
broker's commissions.

*Jacob Manheim* for appellant.

*Samuel Levy* and *Reuben Rodicker* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT,
CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.
Absent: WERNER, J.

---

EDGAR D. JOHNSON et al., Respondents, *v.* HENRY T.
NEIDLINGER, Appellant.

*Johnson* v. *Neidlinger*, 148 App. Div. 900, affirmed.
(Argued November 25, 1913; decided December 9, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered January 4, 1912, modifying and affirming as
modified a judgment in favor of plaintiffs entered upon
the report of a referee in an action upon contract.

*Udelle Bartlett* and *George N. Burt* for appellant.

*Elisha B. Powell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BART-
LETT, CUDDEBACK, HOGAN and MILLER, JJ. Absent:
WERNER, J.